B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shilo Inn, Palm Springs, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**93-1295832** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1875 N Palm Canyon Dr.**<br>**Palm Springs, CA**<br>ZIP Code **92262-2913** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Shilo Management Corp.**<br>**11600 SW Shilo Lane**<br>**Portland, OR**<br>ZIP Code **97225-5995** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above) | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts |

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ■ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shilo Inn, Palm Springs, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)

Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shilo Inn, Palm Springs, LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **245240 FOR DAVID B. GOLUBCHIK**
   Signature of Attorney for Debtor(s)

**David B. Golubchik 185520**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067**
Address

**(310) 229-1234**
Telephone Number

**April 13, 2011          185520**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

**Christopher Campbell**
Printed Name of Authorized Individual

**Authorized Agent**
Title of Authorized Individual

**April 13, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Shilo Inn, Palm Springs, LLC**                                Case No. _____
                                                    Debtor

# Form 1. Voluntary Petition
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Shilo Inn, Diamond Bar, LLC**<br>**Central District of California** | **2:10-bk-60884-VZ**<br>**common ownership** | **11/29/10**<br>**Zurzolo** |
| **Shilo Inn, Killeen, LLC**<br>**Central District of California** | **2:10-bk-62057-VZ**<br>**common ownership** | **12/06/10**<br>**Zurzolo** |

## SHILO INN, PALM SPRINGS, LLC

## WRITTEN CONSENT OF SOLE MEMBER AND MANAGER

Pursuant to ORS 63.130(5), which authorizes the taking of action by members or managers by unanimous written consent without a meeting, the undersigned, being all of the members and the manager of Shilo Inn, Palm Springs, LLC, an Oregon limited liability company, authorized to do business in California (the "Company"), hereby adopt the following resolutions:

WHEREAS, the Company owns real property and improvements known as the Shilo Inn, Palm Springs, located as 1875 N Palm Canyon Drive, Palm Springs, California (the "Hotel"); and

NOW THEREFORE, BE IT HEREBY RESOLVED, that Mark S. Hemstreet ("Hemstreet"), Christopher Campbell ("Campbell") and John Wesley Raborn ("Raborn" and collectively with Hemstreet and Campbell, the "Officers") are hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code;

FURTHER RESOLVED, that the Officers, either jointly or individually, are hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

FURTHER RESOLVED, that the Officers, either jointly or individually, are hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officers deem necessary and proper in connection with the Company's bankruptcy case without further approval of the board; and

FURTHER RESOLVED that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

DATED effective this 13th day of April, 2011.

Manager

Mark S. Hemstreet, Member (100%)

SHILO INN, PALM SPRINGS, LLC
By: Shilo Management Corporation,

By:
Christopher Campbell, Secretary

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Shilo Inn, Palm Springs, LLC**                                      Case No. _____

Debtor(s)                          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| THE LAMAR COMPANIES A/R PO BOX 96030 BATON ROUGE, LA 70896 | Attn: A/R THE LAMAR COMPANIES PO BOX 96030 BATON ROUGE, LA 70896 866-885-2627 | | | 9,005.29 |
| SYSCO FOOD SERVICES OF SAN DIEGO IN A/R PO BOX 509101 SAN DIEGO, CA 92150 | Attn: A/R SYSCO FOOD SERVICES OF SAN DIEGO IN PO BOX 509101 SAN DIEGO, CA 92150 858-513-7200 | | | 7,639.02 |
| GREENHOUSE LANDSCAPE MAINTENANCE A/R PO BOX 983 PALM SPRINGS, CA 92263 | Attn: A/R GREENHOUSE LANDSCAPE MAINTENANCE PO BOX 983 PALM SPRINGS, CA 92263 760-641-1989 | | | 7,571.00 |
| SW PLUMBING A/R PO BOX 2006 THOUSAND PALMS, CA 92276 | Attn: A/R SW PLUMBING PO BOX 2006 THOUSAND PALMS, CA 92276 760-343-2345 | | | 7,371.22 |
| American Automobile Association A/R MAIL STOP 2 HEATHROW, FL 32746 | Attn: A/R American Automobile Association MAIL STOP 2 HEATHROW, FL 32746 800-866-6222 | | | 6,880.32 |
| FRANCHISE TAX BOARD A/R PO BOX 942857 SACRAMENTO, CA 94257 | Attn: Bankruptcy FRANCHISE TAX BOARD PO BOX 2952 Sacramento, CA 96812-2952 916-845-4750 | | | 6,663.94 |
| COUNTY OF RIVERSIDE TBID PO BOX 12005 RIVERSIDE, CA 92502-2205 | Attn: TBID COUNTY OF RIVERSIDE PO BOX 12005 RIVERSIDE, CA 92502-2205 951-955-3931 | | | 6,368.59 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Shilo Inn, Palm Springs, LLC**                                Case No. _____
                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| ADOPT A HIGHWAY<br>A/R<br>1211 DYER ROAD #110<br>SANTA ANA, CA 92705 | Att: A/R<br>ADOPT A HIGHWAY<br>1211 DYER ROAD #110<br>SANTA ANA, CA 92705<br>800-200-0003 | | | 4,394.25 |
| ERNEST PACKAGING SOLUTIONS<br>A/R<br>14134 NE AIRPORT WAY<br>PORTLAND, OR 97230 | Attn: A/R<br>ERNEST PACKAGING SOLUTIONS<br>14134 NE AIRPORT WAY<br>PORTLAND, OR 97230<br>503-261-4000 | | | 3,879.57 |
| WORLD CINEMA INC<br>A/R<br>9801 WESTHEIMER #409<br>HOUSTON, TX 77042-3963 | Attn: A/R<br>WORLD CINEMA INC<br>9801 WESTHEIMER #409<br>HOUSTON, TX 77042-3963<br>713-266-2686 | | | 3,755.57 |
| FIDEL BOTELLO<br>A/R<br>52120 CALIE CAMCICHO<br>COACHELLA, CA 92236 | Attn: A/R<br>FIDEL BOTELLO<br>52120 CALIE CAMCICHO<br>COACHELLA, CA 92236<br>760-486-4763 | | | 3,750.00 |
| PRO CLEAN INC<br>A/R<br>PO BOX 18250<br>PHOENIX, AZ 65005-8250 | Attn: A/R<br>PRO CLEAN INC<br>PO BOX 18250<br>PHOENIX, AZ 85005-8250<br>602-233-0457 | | | 3,434.13 |
| RAYNE WATER CONDITIONING INC<br>A/R<br>556 WILLIAMS RD<br>PALM SPRINGS, CA 92264 | Attn: A/R<br>RAYNE WATER CONDITIONING INC<br>555 WILLIAMS RD<br>PALM SPRINGS, CA 92264<br>760-327-2202 | | | 3,224.39 |
| PALM SPRINGS DISPOSAL SERVICES<br>A/R<br>PO BOX 2711<br>PALM SPRINGS, CA 92263-2711 | Attn: A/R<br>PALM SPRINGS DISPOSAL SERVICES<br>PO BOX 2711<br>PALM SPRINGS, CA 92263-2711<br>760-327-1351 | | | 2,638.43 |
| QWEST<br>A/R<br>PO BOX 52187<br>PHOENIX, AZ 85072-2187 | Attn: A/R<br>QWEST<br>PO BOX 52187<br>PHOENIX, AZ 85072-2187<br>800-860-1020 | | | 2,602.57 |
| BALTIC LINEN COMPANY INC<br>A/R<br>1999 MARCUS AVENUE<br>LAKE SUCCESS, NY 11040-5485 | Attn: A/R<br>BALTIC LINEN COMPANY INC<br>1999 MARCUS AVENUE<br>LAKE SUCCESS, NY 11040-5485<br>516-791-4500 | | | 2,317.30 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Shilo Inn, Palm Springs, LLC**                                      Case No. _____
                                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GRAINGER INC<br>DEPT 823423587<br>P.O. BOX 419267<br>KANSAS CITY, MO<br>64141-6267 | Attn: Dept. 823423587<br>GRAINGER INC<br>P.O. BOX 419267<br>KANSAS CITY, MO 64141-6267<br>877-202-2594 | | | 1,552.70 |
| TASKAR KIBBEE &<br>ASSOCIATES PC<br>A/R<br>4900 SW GRIFFITH DR,SUITE 269<br>BEAVERTON, OR 97005-2977 | Attn: A/R<br>TASKAR KIBBEE & ASSOCIATES PC<br>4900 SW GRIFFITH DR,SUITE 269<br>BEAVERTON, OR 97005-2977<br>503-644-7933 | | | 1,450.00 |
| VERIZON NORTHWEST<br>A/R<br>PO BOX 9688<br>MISSION HILLS, CA<br>91346-9688 | Attn: A/R<br>VERIZON NORTHWEST<br>PO BOX 9688<br>MISSION HILLS, CA 91346-9688<br>800-606-8855 | | | 1,226.28 |
| DESERT WATER AGENCY<br>A/R<br>PO BOX 1710<br>PALM SPRINGS, CA<br>92263-1710 | Attn: A/R<br>DESERT WATER AGENCY<br>PO BOX 1710<br>PALM SPRINGS, CA 92263-1710<br>760-323-4971 | | | 1,138.52 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 13, 2011**                          Signature   /s/ Christopher Campbell

                                                    Christopher Campbell
                                                    Authorized Agent

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Central District of California

In re    **Shilo Inn, Palm Springs, LLC**

                                          Debtor

Case No. _____

Chapter_____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark S. Hemstreet**<br>**11600 SW Shilo Lane**<br>**Portland, OR 97225-5995** | **Memberhsip Interest** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**April 13, 2011**_____    Signature _____

                                                          **Christopher Campbell**
                                                          **Authorized Agent**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                                          Best Case Bankruptcy

| Party Name, Address and Telephone Number (CA State Bar No. If Applicable) | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234<br>CA State Bar Number: 185520 | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re.<br><br>**Shilo Inn, Palm Springs, LLC**<br><br>                                                                  Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |

### VENUE DISCLOSURE FORM
### FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.  Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:
    11600 SW Shilo Lane, Portland, OR 97225-5995

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
    11600 SW Shilo Lane, Portland, OR 97225-599

3.  Disclose the current business address(es) for all corporate officers:
    11600 SW Shilo Lane, Portland, OR 97225-599

4.  Disclose the current business address(es) where the Debtor's books and records are located:
    11600 SW Shilo Lane, Portland, OR 97225-599

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
    1875 N Palm Canyon Dr., Palm Springs, CA 92262-2913

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
    N/A

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:  Christopher Campbell, 11600 SW Shilo Lane, Portland, OR 97225-599

8.  Total number of attached pages of supporting documentation: ___

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.      **VEN-C**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                              Best Case Bankruptcy

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2     **VEN-C**

| In re Shilo Inn, Palm Springs, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER |

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on ___April 13, 2011___, at Portland, Oregon.

**Christopher Campbell**
*Type Name of Officer*

**Authorized Agent**
*Position or Title of Officer*

*Signature of Declarant*

*Rev. 12/99*  This form is required pursuant to General Order 97-02  It has been approved for use by the United States Bankruptcy Court for the Central District of California    **VEN-C**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **In re Shilo Inn, Diamond Bar, LLC, Case # 2:10-bk-60884-VZ**
    **In re Shilo Inn, Killeen, LLC, Case # 2:10-bk-62057-VZ**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Portland, Oregon**                      , California.

Dated      **April 13, 2011**

Christopher Campbell    *Authorized Agent*
Debtor

_____

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **185520**<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    **Shilo Inn, Palm Springs, LLC**<br><br><br><br>Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:    **11** |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **David B. Golubchik 185520**                    , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ■ I am the attorney for the debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**/s/ David B. Golubchik**                    **April 13, 2011**
Signature of Attorney or Declarant                  Date

**David B. Golubchik 185520**
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**185520**<br><br>☒ Attorney for: Debtor | |

|   |   |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |

| In re:<br><br>**Shilo Inn, Palm Springs, LLC**<br><br>                                                    Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists          Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Other: _____          Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          **April 13, 2011**     _____
*Signature of Authorized Signatory of Filing Party*          Date

**Christopher Campbell**
*Printed Name of Authorized Signatory of Filing Party*

**Authorized Agent**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          **April 13, 2011**     _____
*Signature of Attorney for Filing Party*          Date

**David B. Golubchik 185520**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    **David B. Golubchik 185520**

Address    **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone    **(310) 229-1234**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years:<br>**Shilo Inn, Palm Springs, LLC** | Case No.: |
| | Chapter:    **11** |

### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __7__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **April 13, 2011**

**/s/ Christopher Campbell**
**Christopher Campbell/Authorized Agent**
Signer/Title

Date:    **April 13, 2011**

**/s/ David B. Golubchik**
Signature of Attorney
**David B. Golubchik 185520**
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

Shilo Inn, Palm Springs, LLC
c/o Shilo Management Corp.
11600 SW Shilo Lane
Portland, OR 97225-5995

David B. Golubchik
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

ADOPT A HIGHWAY
A/R
1211 DYER ROAD #110
SANTA ANA, CA 92705

American Automobile Association
A/R
MAIL STOP 2
HEATHROW, FL 32746

AMERICAN HOTEL REGISTER CO
A/R
16458 COLLECTIONS CE
CHICAGO, IL 60693

BALTIC LINEN COMPANY INC
A/R
1999 MARCUS AVENUE
LAKE SUCCESS, NY 11040-5485

BOYD COFFEE COMPANY
A/R
19730 NE SANDY BLVD
PORTLAND, OR 97230

BRIDGEWATER INTERNATIONAL
A/R
1948 WEST 2425 SOUTH
WOODS CROSS, UT 84087


BUILDING INDUSTRY ASSOCIATION
A/R
77570 SPRINGFIELD LN STE B
PALM SESERT, CA 92211


CLARK SIGNS
DALE CLARK
PO BOX 1113
ST HELENS, OR 97051-8113


COUNTY OF RIVERSIDE
TBID
PO BOX 12005
RIVERSIDE, CA 92502-2205


DESERT WATER AGENCY
A/R
PO BOX 1710
PALM SPRINGS, CA 92263-1710


DESET FIRE EXTINGUISHER CO
A/R
PO BOX 1607
PALM SPRINGS, CA 92263


ERNEST PACKAGING SOLUTIONS
A/R
14134 NE AIRPORT WAY
PORTLAND, OR 97230


FIDEL BOTELLO
A/R
52120 CALIE CAMCICHO
COACHELLA, CA 92236

FIRE PROTECTION SERVICES
DAVE PHIPPS
5573 SW ARCTIC DRIVE
BEAVERTON, OR 97005


Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812


GRAINGER INC
DEPT 823423587
P.O. BOX 419267
KANSAS CITY, MO 64141-6267


GREENHOUSE LANDSCAPE MAINTENANCE
A/R
PO BOX 983
PALM SPRINGS, CA 92263


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903


LABORATORY CORPORATION OF AMERICA
A/R
PO BOX 12140
BURLINGTON, NC 27216-2190


LAZERQUICK INC
ATTN: ACCOUNTS RECEI
PO BOX 4190
WILSONVILLE, OR 97070-4190


LODGENET ENTERTAINMENT CORP
A/R
3900 WEST INNOVATION ST
SIOUX FALLS, SD 57107-7002

MUZAK LLC
A/R
3318 LAKEMONT BLVD
FORT HILL, SC 29708


OFFICE DEPOT
A/R
PO BOX 70025
LOS ANGELES, CA 90074-0025


One West Bank
Attn: Martha Shelley
2450 Broadway, 5th Fl.
Santa Monica, CA 90404


ORKIN EXTERMINATING CO INC
A/R
12710 MAGNOLIA AVE
RIVERSIDE, CA 92503


PALM SPRINGS CHAMBER OF COMMERCE
A/R
190 WEST AMADO ROAD
PALM SPRINGS, CA 92262-5519


PALM SPRINGS DESERT RESORTS
A/R
70-100 HWY 111
RANCHO MIRAGE, CA 92270


PALM SPRINGS DISPOSAL SERVICES
A/R
PO BOX 2711
PALM SPRINGS, CA 92263-2711


PORTLAND LIGHTING INC
A/R
10120 SW NIMBUS, C-6
PORTLAND, OR 97223

PRO CLEAN INC
A/R
PO BOX 18250
PHOENIX, AZ 85005-8250


QWEST
A/R
PO BOX 52187
PHOENIX, AZ 85072-2187


RAYNE WATER CONDITIONING INC
A/R
555 WILLIAMS RD
PALM SPRINGS, CA 92264


RICOH AMERICAS CORPORATION
A/R
5 DEDRICK PLACE
Caldwell, NJ 07006


RIVERSIDE COUNTY TAX COLLECTOR
P.O. Box 12005
Riverside, CA 92502-2205


SHILO FRANCHISE INTERNATIONAL LLC
Kevin Toll
11600 SW SHILO LANE
PORTLAND, OR 97225


SHILO MANAGEMENT CORP
Kevin Toll
11600 SW SHILO LANE
PORTLAND, OR 97225


State Board of Equalization
POB 942879
Sacramento, CA 94279

STEGMANN SERVICE
A/R
17301 KAISON CIRCLE
RIVERSIDE, CA 92508


SW PLUMBING
A/R
PO BOX 2006
THOUSAND PALMS, CA 92276


SYSCO FOOD SERVICES OF SAN DIEGO IN
A/R
PO BOX 509101
SAN DIEGO, CA 92150


TASKAR KIBBEE & ASSOCIATES PC
A/R
4900 SW GRIFFITH DR, SUITE 269
BEAVERTON, OR 97005-2977


THE LAMAR COMPANIES
A/R
PO BOX 96030
BATON ROUGE, LA 70896


TRELLIS EARTH PRODUCTS INC
A/R
13315 NE AIRPORT WAY SUITE 800
PORTLAND, OR 97230


VERIZON NORTHWEST
A/R
PO BOX 9688
MISSION HILLS, CA 91346-9688


WASHINGTON AUTOMATED INC
A/R
5801 23RD DRIVE W S
EVERETT, WA 98203

```
WORLD CINEMA INC
A/R
9801 WESTHEIMER #409
HOUSTON, TX 77042-3953
```